**LEBENSFELD, SHARON & SCHWARTZ P.C.**

ALAN M. LEBENSFELD*
LAWRENCE J. SHARON**
BRETT R. SCHWARTZ*
DAVID M. ARROYO*

ATTORNEYS AT LAW
141 WEST FRONT STREET, SUITE 170
RED BANK, NEW JERSEY 07701

(732) 530-4600

FAX (732) 530-4601
E-MAIL: Lawrence.Sharon@lsandspc.com

NEW YORK OFFICE
5 PENN PLAZA
23RD FLOOR
NEW YORK, NY 10001
(212) 294-2030

STEPHEN SUSSMAN*
OF COUNSEL

* NEW YORK AND NEW JERSEY BARS
** NEW JERSEY AND PENNSYLVANIA BARS

September 22, 2025

**VIA ECF**
Renee Marie Bumb
Chief United States District Judge
U.S. District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

      **RE:**   *Leavitt v. Sky Warrier Bahamas Limited, et al.*
               **Case No. 24-cv-00886-RMB-SAK**

Dear Chief Judge Bumb:

      On behalf of the plaintiff in the above-referenced matter, I write to request that the hearing presently scheduled for October 8, 2025 (Dkt. No. 30) be rescheduled. I will be observing the holiday of Sukkot that day. I am available for the hearing on the following alternative dates in October: 9, 10, 13, 16, 17, 20, 21, 22, 23, 24, 27, 28, 29, 30 and 31. Please note that I will be celebrating the holidays of Shemini Atzeret and Simchat Torah on October 14th and 15th, respectively. Presently, I also am available to appear on any date in November, except for November 26th and 28th (the days before and after Thanksgiving).

      I attempted to obtain consent to the within request from defendants' counsel, Peter Shapiro, Esq., earlier this evening but have not yet received a response. Normally, I would give Mr. Shapiro additional time to respond before making my request. However, I believed it was important to make my request at this time because: (i) I received an automatic reply indicating that Mr. Shapiro is traveling and that his response may be delayed as a result; (ii) I, too, will be out of the office the next two (2) days to celebrate Rosh Hashana; and (iii) I wanted to contact the Court as soon as I realized I required an adjournment.

      I thank the Court for its time and continued attention to this matter.

                                            Respectfully submitted,

                                            **LEBENSFELD SHARON & SCHWARTZ P.C.**

                                            By: /s/ *David M. Arroyo*
                                                David M. Arroyo

cc: Peter T. Shapiro, Esq. (via ECF)