**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                                                                 **November 13, 2025**
                                                                                                DATE OF PROCEEDINGS

**JUDGE RENÉE M. BUMB**

**COURT REPORTER:   JOHN KURZ**

                                                                        Docket # CV. 24-886 (RMB/SAK)

**TITLE OF CASE**:

ABRAHAM LEAVITT
            VS.
SKY WARRIOR BAHAMAS LIMITED, et al.
                        **PRESENT**

**APPEARANCES:**
David M. Arroyo, Esq., for Plaintiff.
Peter T. Shapiro, Esq., for Defendants.

**NATURE OF PROCEEDINGS:    HEARING ON [21] ORDER TO SHOW CAUSE; [24] MOTION FOR RECUSAL; AND [27] MOTION FOR CLARIFICATION**

Ordered [24] Motion for Recusal withdrawn.
Ordered [27] Motion for Clarification withdrawn.
Hearing on [21] Order to Show Cause why Plaintiff should not be sanctioned held on the record.
Order to issue.


Time Commenced:   2:55p.m.        Time Adjourned: 3:30p.m.        Total Time: 0:35


                                                                                    Lawrence MacStravic
                                                                                     Deputy Clerk