[Docket Nos. 21, 24, 27.]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SKY WARRIOR BAHAMAS LIMITED d/b/a BAHA MAR CASINO, and CHOW TAI FOOK ENTERPRISES LTD.,<br><br>　　　　Defendants. | Civil No. 24-886 (RMB) (SAK)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon this Court's Order to Show Cause to Plaintiff Abraham Leavitt ordering Leavitt to show cause why the Court should not sanction him given his litigation conduct (Docket No. 21), and upon Leavitt's Motion for Recusal (Docket No. 24) and Motion for Clarification (Docket No. 27) (collectively, the Motions), and whereas this Court ordered an evidentiary hearing based on Leavitt's Response to this Court's Order to Show Cause and the Motions (Docket No. 28), and whereas Leavitt retained counsel, and whereas Leavitt has withdrawn the Motions (Docket Nos. 34-35), and whereas this Court held a hearing on the Order to Show Cause and heard arguments of counsel, and for the reasons stated on the record of this date, and for other good cause shown,

**IT IS** on this **13th** day of **November**, **2025**, hereby:

**ORDERED** that the Clerk of the Court shall mark the Motions as **WITHDRAWN** (Docket Nos. 24, 27); and it is further

**ORDERED** that the Court **JUDICIALLY REPRIMANDS** Leavitt for his lack of candor to the Court and litigation misconduct; and it is finally

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

s/Renée Marie Bumb
RENÉE MARIE BUMB
Chief United States District Judge
