

Peter T. Shapiro
1 Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Peter.Shapiro@lewisbrisbois.com
Direct: 973.577.6260

November 24, 2025

**VIA ECF**

Renee Marie Bumb
Chief United States District Judge
U.S. District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

    Re:    *Leavitt v. Sky Warrier Bahamas Limited, et al.*
              Case No. 24-cv-00886-RMB-SAK

Dear Chief Judge Bumb:

    On behalf of Defendants, I write to advise our intent to seek sanctions. Defendants intend to submit a formal motion that will include my declaration, which will set forth the fees and costs incurred, with supporting documentation. Defendants seek leave to file this motion by December 15, 2025. We are amenable to whatever time Plaintiff needs for opposition in light of the holidays.

    Thank you for your attention to this matter.

                      Respectfully,

                      /s/ Peter T. Shapiro

                      Peter T. Shapiro of
                      LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    David M. Arroyo, Esq.
        VIA ECF