**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Peter T. Shapiro
One Riverfront Plaza, Suite 800
Newark, NJ 07102
973-577-6260
973-577-6261 (fax)
*Attorneys for Defendants*
Peter.Shapiro@lewisbrisbois.com

| | |
|---|---|
| ABRAHAM LEAVITT, <br><br> Plaintiff, <br><br> v. <br><br> SKY WARRIOR BAHAMAS LIMITED d/b/a BAHA MAR CASINO, and CHOW TAI FOOK ENTERPRISES LTD., <br><br> Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY <br><br> Case No. 1:24-cv-00886-RMB-SAK <br><br> **DEFENDANTS' NOTICE OF MOTION FOR RULE 11 SANCTIONS** |

To:   David M. Arroyo
       Lebensfeld, Sharon & Schwartz P.C.
       141 West Front Street, Suite 170
       Red Bank, New Jersey 07701
       (732) 530-4600
       David.Arroyo@lsandspc.com
       *Attorneys for Plaintiff*

    **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Peter T. Shapiro, Esq., with annexed exhibits, and the accompanying Memorandum of Law, the undersigned will move this Court, at the Mitchell H. Cohen Building and U.S. Courthouse, 4th & Cooper Streets, Courtroom 3B, Camden, New Jersey 08101, before the Honorable Renee Marie Bumb, on January 5, 2026, for an Order: (a) pursuant to Rule 11, F.R.Civ.P., imposing sanctions on Plaintiff and ordering him to pay

Defendants' attorneys' fees and costs; and (b) granting movants such other and further relief as is just and proper.

                                      **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                      /s/ Peter T. Shapiro
                                      Peter T. Shapiro, Esq.
                                      *Attorneys for Defendants*
                                      Peter.Shapiro@lewisbrisbois.com

Dated: December 10, 2025