**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Peter T. Shapiro
One Riverfront Plaza, Suite 800
Newark, NJ 07102
973-577-6260
973-577-6261 (fax)
*Attorneys for Defendants*
Peter.Shapiro@lewisbrisbois.com

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>      Plaintiff,<br><br>  v.<br><br>SKY WARRIOR BAHAMAS LIMITED d/b/a BAHA MAR CASINO, and CHOW TAI FOOK ENTERPRISES LTD.,<br>      Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 1:24-cv-00886-RMB-SAK<br><br>**DECLARATION** |

  **PETER T. SHAPIRO**, an attorney duly admitted to practice before this Court, hereby declares subject to the penalties of perjury:

  1. I am a partner of Lewis Brisbois Bisgaard & Smith LLP, attorneys for Defendants. I submit this declaration in support of Defendants' motion for sanctions against Plaintiff under Rule 11, F.R.Civ.P., and specifically ordering Plaintiff to pay Defendants' attorneys fees and costs in an amount determined by the Court.

  2. The grounds for this motion are set forth in the accompanying memorandum of law. This declaration is submitted to place before the Court the invoices my law firm, Lewis Brisbois Bisgaard & Smith LLP, has rendered to Defendants for services rendered in this matter and costs and disbursements.

3. Annexed hereto as Exhibit A collectively are all of my firm's invoices to date, through November 30, 2025. The invoices have been redacted so that the charges are visible but the privileged entries for the work performed are not visible. We are prepared to submit unredacted copies of the invoices for in camera review by the Court if requested.

4. Defendants have paid these invoices or have advised that the most recent unpaid invoices are being processed for payment. If this motion is granted, Plaintiff should be directed to pay the sanctions to my law firm for transmittal to Defendants.

5. A proposed order granting the motion is submitted herewith.

WHEREFORE, it is respectfully submitted that the Court should grant this motion and order Plaintiff to pay Defendants' attorneys' fees and costs, and grant such other and further relief as is just and proper.

        /s/ Peter T. Shapiro
        Peter T. Shapiro

Dated: December 10, 2025

## CERTIFICATE OF SERVICE

      Peter T. Shapiro, an attorney duly admitted to practice before this Court, certifies that on December 10, 2025, he caused the Notice of Motion, supporting Declaration and exhibits, proposed order, and the Memorandum of Law to be filed and served by ECF.

                                        /s/ Peter T. Shapiro
                                          Peter T. Shapiro