# EXHIBIT A

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

April 4, 2024
Invoice No. 4026330

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

**Attn:    Mark K. Dunn**

| | |
|---|---|
| Re: | Leavitt, Abraham v. Sky Warrior Bahamas Limited |
| Our File No.: | 56528-2 |
| Court: | SUPE |
| Court Case No.: | ATLL00277423 |
| Represented Party: | Sky Warrior Bahamas Limited |

| | | |
|---|---|---:|
| Current Fees through 02/29/24 | | 11,445.00 |
| Current Disbursements through 02/29/24 | | 405.00 |
| Total Current Charges | USD $ | 11,850.00 |

**\*\*\* Please return this page with your payment. \*\*\***

**Wire Instructions**

City National Bank
Account Name: Lewis Brisbois Bisgaard & Smith, LLP-Attorney Operating Account
(Receivables)
Account No.: 210903526
ABA Routing No.: 122016066
SWIFT A/C No.: CINAUS6L

All Charges in US Dollars

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

**FEDERAL I.D. NO  95-3720522**

April 4, 2024
Invoice No. 4026330

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

**Attn:    Mark K. Dunn**

| | |
|---|---|
| Re: | Leavitt, Abraham v. Sky Warrior Bahamas Limited |
| Our File No.: | 56528-2 |
| Court: | SUPE |
| Court Case No.: | ATLL00277423 |
| Represented Party: | Sky Warrior Bahamas Limited |

| | | |
|---|---|---|
| Current Fees through 02/29/24 | | 11,445.00 |
| Current Disbursements through 02/29/24 | | 405.00 |
| Total Current Charges | USD $ | 11,850.00 |

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

**FEDERAL I.D. NO   95-3720522**

| File Number PTS | 56528-2 | Sky Warrior Bahamas Limited<br>Leavitt, Abraham v. Sky Warrior Bahamas Limited | 04/04/24<br>4026330<br>Page    1 |
|---|---|---|---|

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 02/14/2024 | Shapiro, P. | | 3.0 |
| 02/14/2024 | Tebele, J. | | 0.3 |
| 02/14/2024 | Tebele, J. | | 0.2 |
| 02/14/2024 | Tebele, J. | | 0.3 |
| 02/14/2024 | Tebele, J. | | 0.9 |
| 02/14/2024 | Tebele, J. | | 0.2 |
| 02/14/2024 | Tebele, J. | | 0.3 |
| 02/14/2024 | Tebele, J. | | 0.5 |
| 02/14/2024 | Tebele, J. | | 0.2 |
| 02/14/2024 | Tebele, J. | | 0.7 |
| 02/15/2024 | Shapiro, P. | | 1.5 |
| 02/15/2024 | Tebele, J. | | 0.3 |
| 02/15/2024 | Tebele, J. | | 0.7 |
| 02/15/2024 | Tebele, J. | | 0.4 |
| 02/15/2024 | Tebele, J. | | 6.4 |
| 02/15/2024 | Tebele, J. | | 0.3 |
| 02/15/2024 | Tebele, J. | | 0.2 |
| 02/15/2024 | Tebele, J. | | 0.1 |
| 02/16/2024 | Shapiro, P. | | 0.3 |
| 02/16/2024 | Tebele, J. | | 0.3 |
| 02/20/2024 | Tebele, J. | | 0.1 |
| 02/20/2024 | Tebele, J. | | 0.8 |
| 02/20/2024 | Tebele, J. | | 0.2 |
| 02/21/2024 | Shapiro, P. | | 2.6 |
| 02/21/2024 | Tebele, J. | | 2.4 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800
**FEDERAL I.D. NO   95-3720522**

| File Number PTS | 56528-2 | Sky Warrior Bahamas Limited<br>Leavitt, Abraham v. Sky Warrior Bahamas Limited | 04/04/24<br>4026330<br>Page        2 |
|---|---|---|---|

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 02/21/2024 | Tebele, J. | | 4.4 |
| 02/22/2024 | Shapiro, P. | | 1.2 |
| 02/22/2024 | Tebele, J. | | 3.1 |
| 02/22/2024 | Tebele, J. | | 0.2 |
| 02/22/2024 | Tebele, J. | | 0.2 |
| 02/23/2024 | Shapiro, P. | | 0.3 |
| 02/24/2024 | Shapiro, P. | | 1.0 |
| 02/26/2024 | Tebele, J. | | 0.3 |
| 02/26/2024 | Tebele, J. | | 0.2 |
| 02/26/2024 | Tebele, J. | | 0.1 |
| 02/26/2024 | Tebele, J. | | 1.2 |
| 02/27/2024 | Shapiro, P. | | 0.2 |
| 02/28/2024 | Tebele, J. | | 2.8 |
| 02/29/2024 | Tebele, J. | | 2.3 |

| Recap of Services | | Hours | $ Effective Rate | $ Fees |
|---|---|---|---|---|
| Peter Shapiro | | 10.1 | 300.00 | 3,030.00 |
| Jacob E. Tebele | | 30.6 | 275.00 | 8,415.00 |
| | **Total** | **40.7** | | **$ 11,445.00** |

| Date | Description of Disbursement | Units | $ Rate | $ Amount |
|---|---|---|---|---|
| 02/26/2024 | Court Filing Fee - Peter T Shapiro #11 Inv#:CR-3619939502272335  Filing Fee for Notice of Removal 02/15/2024 | | | 405.00 |

| | | |
|---|---|---|
| **Total Fees** | | **11,445.00** |
| **Total Disbursements** | | **405.00** |
| **Total Current Charges** | **$** | **11,850.00** |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

April 30, 2024
Invoice No. 4050469

  **Attn:**  **Mark K. Dunn**

| | |
|---|---|
| Re: | Leavitt, Abraham v. Sky Warrior Bahamas Limited |
| Our File No.: | 056528-000002 |
| Court: | SUPE |
| Court Case No.: | ATLL00277423 |
| Represented Party: | Sky Warrior Bahamas Limited |

| | | |
|---|---|---|
| Current Fees through 03/31/24 | | 1,377.50 |
| Total Current Charges | USD $ | 1,377.50 |

**\*\*\* Please return this page with your payment. \*\*\***

**Wire Instructions**

City National Bank
Account Name: Lewis Brisbois Bisgaard & Smith, LLP-Attorney Operating Account
(Receivables)
Account No.: 210903526
ABA Routing No.: 122016066
SWIFT A/C No.: CINAUS6L

All Charges in US Dollars

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

**FEDERAL I.D. NO  95-3720522**

April 30, 2024
Invoice No. 4050469

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

   **Attn:    Mark K. Dunn**

Re:                          Leavitt, Abraham v. Sky Warrior Bahamas Limited
Our File No.:                056528-000002
Court:                       SUPE
Court Case No.:              ATLL00277423
Represented Party:           Sky Warrior Bahamas Limited

| | | |
|---|---|---|
| Current Fees through 03/31/24 | | 1,377.50 |
| Total Current Charges | USD $ | 1,377.50 |

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number | 056528-000002 | Sky Warrior Bahamas Limited | 04/30/24 |
|---|---|---|---|
| | | Leavitt, Abraham v. Sky Warrior Bahamas Limited | 4050469 |
| PTS | | | Page    1 |

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 03/03/2024 | Tebele, J. | | 0.5 |
| 03/04/2024 | Shapiro, P. | | 0.7 |
| 03/04/2024 | Tebele, J. | | 0.6 |
| 03/05/2024 | Shapiro, P. | | 1.9 |
| 03/06/2024 | Shapiro, P. | | 0.5 |
| 03/15/2024 | Shapiro, P. | | 0.3 |
| 03/15/2024 | Tebele, J. | | 0.2 |

| Recap of Services | Hours | $ Effective Rate | $ Fees |
|---|---|---|---|
| Peter Shapiro | 3.4 | 300.00 | 1,020.00 |
| Jacob E. Tebele | 1.3 | 275.00 | 357.50 |
| **Total** | **4.7** | | **$ 1,377.50** |

| Total Fees | | 1,377.50 |
|---|---|---|
| **Total Current Charges** | **$** | **1,377.50** |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

September 9, 2024
Invoice No. 4158889

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

**Attn:    Mark K. Dunn**

| | |
|---|---|
| Re: | Leavitt, Abraham v. Sky Warrior Bahamas Limited |
| Our File No.: | 056528-000002 |
| Court: | SUPE |
| Court Case No.: | ATLL00277423 |
| Represented Party: | Sky Warrior Bahamas Limited |

| | | |
|---|---|---:|
| Current Disbursements through 08/31/24 | | 175.00 |
| Total Current Charges | USD $ | 175.00 |

**\*\*\* Please return this page with your payment. \*\*\***

**Wire Instructions**

City National Bank
Account Name: Lewis Brisbois Bisgaard & Smith, LLP-Attorney Operating Account
(Receivables)
Account No.: 210903526
ABA Routing No.: 122016066
SWIFT A/C No.: CINAUS6L

All Charges in US Dollars

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

September 9, 2024
Invoice No. 4158889

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

**Attn:    Mark K. Dunn**

| | |
|---|---|
| Re: | Leavitt, Abraham v. Sky Warrior Bahamas Limited |
| Our File No.: | 056528-000002 |
| Court: | SUPE |
| Court Case No.: | ATLL00277423 |
| Represented Party: | Sky Warrior Bahamas Limited |

| | | |
|---|---|---|
| Current Disbursements through 08/31/24 | | 175.00 |
| Total Current Charges | USD $ | 175.00 |

**DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT**

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

**FEDERAL I.D. NO  95-3720522**

| | | | |
|---|---|---|---|
| **File** | **056528-000002** | **Sky Warrior Bahamas Limited** | **09/09/24** |
| **Number** | | **Leavitt, Abraham v. Sky Warrior Bahamas Limited** | **4158889** |
| **PTS** | | | Page 1 |

| Date | Description of Disbursement | Units | $ Rate | $ Amount |
|---|---|---|---|---|
| 03/13/2024 | Court Filing Fee - Vendor: Treasurer, State of New Jersey; Invoice#: NWK-40686-ADJ; Date: 3/13/2024 | | | 175.00 |

| | | | |
|---|---|---|---|
| **Total Fees** | | | **0.00** |
| **Total Disbursements** | | | **175.00** |
| **Total Current Charges** | **$** | | **175.00** |

**DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT**

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

October 9, 2024
Invoice No. 4187874

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

**Attn:    Mark K. Dunn**

| | |
|---|---|
| Re: | Leavitt, Abraham v. Sky Warrior Bahamas Limited |
| Our File No.: | 056528-000002 |
| Court: | SUPE |
| Court Case No.: | ATLL00277423 |
| Represented Party: | Sky Warrior Bahamas Limited |

| | | |
|---|---|---:|
| Current Fees through 09/30/24 | | 262.50 |
| Total Current Charges | USD $ | 262.50 |

**\*\*\* Please return this page with your payment. \*\*\***

**Wire Instructions**

City National Bank
Account Name: Lewis Brisbois Bisgaard & Smith, LLP-Attorney Operating Account
(Receivables)
Account No.: 210903526
ABA Routing No.: 122016066
SWIFT A/C No.: CINAUS6L

All Charges in US Dollars

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

October 9, 2024
Invoice No. 4187874

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

**Attn:    Mark K. Dunn**

Re:                              Leavitt, Abraham v. Sky Warrior Bahamas Limited
Our File No.:               056528-000002
Court:                        SUPE
Court Case No.:          ATLL00277423
Represented Party:     Sky Warrior Bahamas Limited

Current Fees through 09/30/24                                          262.50
Total Current Charges                            USD $              262.50

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

| File Number | 056528-000002 | Sky Warrior Bahamas Limited | 10/09/24 |
|---|---|---|---|
| PTS | | Leavitt, Abraham v. Sky Warrior Bahamas Limited | 4187874 |
| | | | Page   1 |

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 09/23/2024 | Shapiro, P. | | 0.1 |
| 09/24/2024 | Tebele, J. | | 0.3 |
| 09/25/2024 | Shapiro, P. | | 0.5 |

| Recap of Services | Hours | $ Effective Rate | $ Fees |
|---|---|---|---|
| Peter Shapiro | 0.6 | 300.00 | 180.00 |
| Jacob E. Tebele | 0.3 | 275.00 | 82.50 |
| **Total** | **0.9** | | **$ 262.50** |

| | | |
|---|---|---|
| **Total Fees** | | 262.50 |
| **Total Current Charges** | $ | 262.50 |

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

November 8, 2024
Invoice No. 4216646

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

**Attn:    Mark K. Dunn**

| | |
|---|---|
| Re: | Leavitt, Abraham v. Sky Warrior Bahamas Limited |
| Our File No.: | 056528-000002 |
| Court: | SUPE |
| Court Case No.: | ATLL00277423 |
| Represented Party: | Sky Warrior Bahamas Limited |

| | | |
|---|---|---|
| Current Fees through 10/31/24 | | 140.00 |
| Total Current Charges | USD $ | 140.00 |

**\*\*\* Please return this page with your payment. \*\*\***

**If you have questions regarding payments or open invoices, please contact remittance@lewisbrisbois.com.**

**We value your business and appreciate your attention to this matter.**

**Wire Instructions**

City National Bank
Account Name: Lewis Brisbois Bisgaard & Smith, LLP-Attorney Operating Account
(Receivables)
Account No.: 210903526
ABA Routing No.: 122016066
SWIFT A/C No.: CINAUS6L

All Charges in US Dollars

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

November 8, 2024
Invoice No. 4216646

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

**Attn:    Mark K. Dunn**

| | |
|---|---|
| Re: | Leavitt, Abraham v. Sky Warrior Bahamas Limited |
| Our File No.: | 056528-000002 |
| Court: | SUPE |
| Court Case No.: | ATLL00277423 |
| Represented Party: | Sky Warrior Bahamas Limited |

| | | |
|---|---|---:|
| Current Fees through 10/31/24 | | 140.00 |
| Total Current Charges | USD $ | 140.00 |

If you have questions regarding payments or open invoices, please contact remittance@lewisbrisbois.com.

We value your business and appreciate your attention to this matter.

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

| File Number | 056528-000002 | Sky Warrior Bahamas Limited | 11/08/24 |
|---|---|---|---|
| PTS | | Leavitt, Abraham v. Sky Warrior Bahamas Limited | 4216646 |
| | | | Page    1 |

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 10/07/2024 | Shapiro, P. | | 0.1 |
| 10/07/2024 | Tebele, J. | | 0.2 |
| 10/21/2024 | Tebele, J. | | 0.1 |
| 10/21/2024 | Tebele, J. | | 0.1 |

| Recap of Services | Hours | $  Effective Rate | $ Fees |
|---|---|---|---|
| Peter Shapiro | 0.1 | 300.00 | 30.00 |
| Jacob E. Tebele | 0.4 | 275.00 | 110.00 |
| **Total** | **0.5** | | **$ 140.00** |

| | | |
|---|---|---|
| **Total Fees** | | 140.00 |
| **Total Current Charges** | $ | 140.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

December 5, 2024
Invoice No. 4271990

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

**Attn:    Mark K. Dunn**

| | |
|---|---|
| Re: | Leavitt, Abraham v. Sky Warrior Bahamas Limited |
| Our File No.: | 056528-000002 |
| Court: | SUPE |
| Court Case No.: | ATLL00277423 |
| Represented Party: | Sky Warrior Bahamas Limited |

| | | |
|---|---|---|
| Current Fees through 11/30/24 | | 320.00 |
| Total Current Charges | USD $ | 320.00 |

**\*\*\* Please return this page with your payment. \*\*\***

**If you have questions regarding payments or open invoices, please contact remittance@lewisbrisbois.com.**

**We value your business and appreciate your attention to this matter.**

**Wire Instructions**

City National Bank
Account Name: Lewis Brisbois Bisgaard & Smith, LLP-Attorney Operating Account
(Receivables)
Account No.: 210903526
ABA Routing No.: 122016066
SWIFT A/C No.: CINAUS6L

All Charges in US Dollars

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO    95-3720522

December 5, 2024
Invoice No. 4271990

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

**Attn:    Mark K. Dunn**

| | |
|---|---|
| Re: | Leavitt, Abraham v. Sky Warrior Bahamas Limited |
| Our File No.: | 056528-000002 |
| Court: | SUPE |
| Court Case No.: | ATLL00277423 |
| Represented Party: | Sky Warrior Bahamas Limited |

| | | |
|---|---|---|
| Current Fees through 11/30/24 | | 320.00 |
| Total Current Charges | USD $ | 320.00 |

If you have questions regarding payments or open invoices, please contact remittance@lewisbrisbois.com.

We value your business and appreciate your attention to this matter.

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number | 056528-000002 | Sky Warrior Bahamas Limited | 12/05/24 |
|---|---|---|---|
| PTS | | Leavitt, Abraham v. Sky Warrior Bahamas Limited | 4271990 |
| | | | Page    1 |

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 11/04/2024 | Tebele, J. | | 0.2 |
| 11/07/2024 | Shapiro, P. | | 0.2 |
| 11/07/2024 | Shapiro, P. | | 0.2 |
| 11/08/2024 | Shapiro, P. | | 0.2 |
| 11/14/2024 | Tebele, J. | | 0.1 |
| 11/15/2024 | Shapiro, P. | | 0.1 |
| 11/15/2024 | Tebele, J. | | 0.1 |

| Recap of Services | Hours | $ Effective Rate | $ Fees |
|---|---|---|---|
| Peter Shapiro | 0.7 | 300.00 | 210.00 |
| Jacob E. Tebele | 0.4 | 275.00 | 110.00 |
| **Total** | **1.1** | | **$ 320.00** |

| | | |
|---|---|---|
| **Total Fees** | | 320.00 |
| **Total Current Charges** | $ | 320.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

March 6, 2025
Invoice No. 4334515

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

  **Attn:    Mark K. Dunn**

| | |
|---|---|
| Re: | Leavitt, Abraham v. Sky Warrior Bahamas Limited |
| Our File No.: | 056528-000002 |
| Court: | SUPE |
| Court Case No.: | ATLL00277423 |
| Represented Party: | Sky Warrior Bahamas Limited |

| | | |
|---|---|---|
| Current Fees through 02/28/25 | | 4,057.50 |
| Total Current Charges | USD $ | 4,057.50 |

**\*\*\* Please return this page with your payment. \*\*\***

**If you have questions regarding payments or open invoices, please contact remittance@lewisbrisbois.com.**

**We value your business and appreciate your attention to this matter.**

**Wire Instructions**

City National Bank
Account Name: Lewis Brisbois Bisgaard & Smith, LLP-Attorney Operating Account
(Receivables)
Account No.: 210903526
ABA Routing No.: 122016066
SWIFT A/C No.: CINAUS6L

All Charges in US Dollars

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

March 6, 2025
Invoice No. 4334515

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

**Attn:    Mark K. Dunn**

| | |
|---|---|
| Re: | Leavitt, Abraham v. Sky Warrior Bahamas Limited |
| Our File No.: | 056528-000002 |
| Court: | SUPE |
| Court Case No.: | ATLL00277423 |
| Represented Party: | Sky Warrior Bahamas Limited |

| | | |
|---|---|---|
| Current Fees through 02/28/25 | | 4,057.50 |
| Total Current Charges | USD $ | 4,057.50 |

If you have questions regarding payments or open invoices, please contact remittance@lewisbrisbois.com.

We value your business and appreciate your attention to this matter.

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

| File Number | 056528-000002 | Sky Warrior Bahamas Limited | 03/06/25 |
| PTS | | Leavitt, Abraham v. Sky Warrior Bahamas Limited | 4334515 |
| | | | Page    1 |

| Date | Atty | Description of Services Rendered | Hours |
|------|------|-------------------------------|-------|
| 01/22/2025 | Shapiro, P. | | 0.1 |
| 02/03/2025 | Shapiro, P. | | 1.9 |
| 02/04/2025 | Shapiro, P. | | 6.5 |
| 02/04/2025 | Shapiro, P. | | 0.2 |
| 02/04/2025 | Tebele, J. | | 0.8 |
| 02/04/2025 | Tebele, J. | | 1.1 |
| 02/04/2025 | Tebele, J. | | 0.2 |
| 02/05/2025 | Shapiro, P. | | 0.3 |
| 02/05/2025 | Tebele, J. | | 0.1 |
| 02/06/2025 | Tebele, J. | | 0.2 |
| 02/07/2025 | Shapiro, P. | | 0.2 |
| 02/07/2025 | Tebele, J. | | 1.9 |
| 02/13/2025 | Shapiro, P. | | 0.2 |
| 02/14/2025 | Tebele, J. | | 0.2 |

| Recap of Services | Hours | $ Effective Rate | $ Fees |
|-------------------|-------|------------------|--------|
| Peter Shapiro | 9.4 | 300.00 | 2,820.00 |
| Jacob E. Tebele | 4.5 | 275.00 | 1,237.50 |
| Total | 13.9 | | $ 4,057.50 |

| | | |
|---|---|---|
| Total Fees | | 4,057.50 |
| Total Current Charges | $ | 4,057.50 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

April 4, 2025
Invoice No. 4363817

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

**Attn:    Mark K. Dunn**

| | |
|---|---|
| Re: | Leavitt, Abraham v. Sky Warrior Bahamas Limited |
| Our File No.: | 056528-000002 |
| Court: | SUPE |
| Court Case No.: | ATLL00277423 |
| Represented Party: | Sky Warrior Bahamas Limited |

| | | |
|---|---|--:|
| Current Fees through 03/31/25 | | 227.50 |
| Current Disbursements through 03/31/25 | | 57.20 |
| Total Current Charges | USD $ | 284.70 |

**\*\*\* Please return this page with your payment. \*\*\***

**If you have questions regarding payments or open invoices, please contact remittance@lewisbrisbois.com.**

**We value your business and appreciate your attention to this matter.**

**Wire Instructions**

City National Bank
Account Name: Lewis Brisbois Bisgaard & Smith, LLP-Attorney Operating Account
(Receivables)
Account No.: 210903526
ABA Routing No.: 122016066
SWIFT A/C No.: CINAUS6L

All Charges in US Dollars

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

April 4, 2025
Invoice No. 4363817

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

  **Attn:    Mark K. Dunn**

Re:                          Leavitt, Abraham v. Sky Warrior Bahamas Limited
Our File No.:            056528-000002
Court:                      SUPE
Court Case No.:        ATLL00277423
Represented Party:    Sky Warrior Bahamas Limited

|  |  |  |
|---|---|---|
| Current Fees through 03/31/25 | | 227.50 |
| Current Disbursements through 03/31/25 | | 57.20 |
| Total Current Charges | USD $ | 284.70 |

If you have questions regarding payments or open invoices, please contact remittance@lewisbrisbois.com.

We value your business and appreciate your attention to this matter.

**DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT**

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number | 056528-000002 | Sky Warrior Bahamas Limited | 04/04/25 |
| PTS | | Leavitt, Abraham v. Sky Warrior Bahamas Limited | 4363817 |
| | | | Page    1 |

| Date | Atty | Description of Services Rendered | Hours |
|------|------|----------------------------------|-------|
| 03/04/2025 | Shapiro, P. | | 0.1 |
| 03/04/2025 | Tebele, J. | | 0.5 |
| 03/13/2025 | Shapiro, P. | | 0.2 |

| Recap of Services | Hours | $ Effective Rate | $ Fees |
|-------------------|-------|------------------|--------|
| Peter Shapiro | 0.3 | 300.00 | 90.00 |
| Jacob E. Tebele | 0.5 | 275.00 | 137.50 |
| **Total** | **0.8** | | **$ 227.50** |

| Date | Description of Disbursement | Units | $ Rate | $ Amount |
|------|-----------------------------|-------|--------|----------|
| 03/04/2025 | Court Reporter Fee - Vendor: Kurz, John J.; Invoice#: 473; Date: 3/4/2025 Court reporter fees for transcript on of hearing on 02/04/25. | | | 57.20 |

| | | |
|---|---|---|
| **Total Fees** | | 227.50 |
| **Total Disbursements** | | 57.20 |
| **Total Current Charges** | $ | 284.70 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

June 5, 2025
Invoice No. 4422292

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

**Attn:    Mark K. Dunn**

| | |
|---|---|
| Re: | Leavitt, Abraham v. Sky Warrior Bahamas Limited |
| Our File No.: | 056528-000002 |
| Court: | SUPE |
| Court Case No.: | ATLL00277423 |
| Represented Party: | Sky Warrior Bahamas Limited |

| | | |
|---|---|---:|
| Current Fees through 05/31/25 | | 320.00 |
| Total Current Charges | USD $ | 320.00 |

**\*\*\* Please return this page with your payment. \*\*\***

**If you have questions regarding payments or open invoices, please contact remittance@lewisbrisbois.com.**

**We value your business and appreciate your attention to this matter.**

**Wire Instructions**

City National Bank
Account Name: Lewis Brisbois Bisgaard & Smith, LLP-Attorney Operating Account
(Receivables)
Account No.: 210903526
ABA Routing No.: 122016066
SWIFT A/C No.: CINAUS6L

All Charges in US Dollars

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

June 5, 2025
Invoice No. 4422292

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

**Attn:    Mark K. Dunn**

| | |
|---|---|
| Re: | Leavitt, Abraham v. Sky Warrior Bahamas Limited |
| Our File No.: | 056528-000002 |
| Court: | SUPE |
| Court Case No.: | ATLL00277423 |
| Represented Party: | Sky Warrior Bahamas Limited |

| | | |
|---|---|---|
| Current Fees through 05/31/25 | | 320.00 |
| Total Current Charges | USD $ | 320.00 |

If you have questions regarding payments or open invoices, please contact remittance@lewisbrisbois.com.

We value your business and appreciate your attention to this matter.

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| | | | |
|---|---|---|---|
| **File** | **056528-000002** | **Sky Warrior Bahamas Limited** | **06/05/25** |
| **Number** | | **Leavitt, Abraham v. Sky Warrior Bahamas Limited** | **4422292** |
| **PTS** | | | **Page       1** |

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 05/05/2025 | Shapiro, P. | | 0.4 |
| 05/05/2025 | Tebele, J. | | 0.2 |
| 05/22/2025 | Tebele, J. | | 0.2 |
| 05/23/2025 | Shapiro, P. | | 0.3 |

| Recap of Services | Hours | $  Effective Rate | $ Fees |
|---|---|---|---|
| Peter Shapiro | 0.7 | 300.00 | 210.00 |
| Jacob E. Tebele | 0.4 | 275.00 | 110.00 |
| **Total** | **1.1** | | **$ 320.00** |

| | | |
|---|---|---|
| **Total Fees** | | **320.00** |
| **Total Current Charges** | **$** | **320.00** |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

July 8, 2025
Invoice No. 4452329

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

**Attn:    Mark K. Dunn**

| | |
|---|---|
| Re: | Leavitt, Abraham v. Sky Warrior Bahamas Limited |
| Our File No.: | 056528-000002 |
| Court: | SUPE |
| Court Case No.: | ATLL00277423 |
| Represented Party: | Sky Warrior Bahamas Limited |

| | | |
|---|---|---:|
| Current Fees through 06/30/25 | | 745.00 |
| Total Current Charges | USD $ | 745.00 |

**\*\*\* Please return this page with your payment. \*\*\***

**If you have questions regarding payments or open invoices, please contact remittance@lewisbrisbois.com.**

**We value your business and appreciate your attention to this matter.**

**Wire Instructions**

City National Bank
Account Name: Lewis Brisbois Bisgaard & Smith, LLP-Attorney Operating Account
(Receivables)
Account No.: 210903526
ABA Routing No.: 122016066
SWIFT A/C No.: CINAUS6L

All Charges in US Dollars

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

**FEDERAL I.D. NO   95-3720522**

July 8, 2025
Invoice No. 4452329

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

  **Attn:    Mark K. Dunn**

| | |
|---|---|
| Re: | Leavitt, Abraham v. Sky Warrior Bahamas Limited |
| Our File No.: | 056528-000002 |
| Court: | SUPE |
| Court Case No.: | ATLL00277423 |
| Represented Party: | Sky Warrior Bahamas Limited |

|   | | |
|---|---|---:|
| Current Fees through 06/30/25 | | 745.00 |
| Total Current Charges | USD $ | 745.00 |

If you have questions regarding payments or open invoices, please contact remittance@lewisbrisbois.com.

We value your business and appreciate your attention to this matter.

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number PTS | 056528-000002 | Sky Warrior Bahamas Limited Leavitt, Abraham v. Sky Warrior Bahamas Limited | 07/08/25 4452329 Page    1 |
|---|---|---|---|

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 06/03/2025 | Shapiro, P. | | 0.2 |
| 06/09/2025 | Tebele, J. | | 0.2 |
| 06/24/2025 | Shapiro, P. | | 0.3 |
| 06/24/2025 | Shapiro, P. | | 0.3 |
| 06/24/2025 | Shapiro, P. | | 0.9 |
| 06/24/2025 | Shapiro, P. | | 0.2 |
| 06/26/2025 | Shapiro, P. | | 0.4 |

| Recap of Services | Hours | $ Effective Rate | $ Fees |
|---|---|---|---|
| Peter Shapiro | 2.3 | 300.00 | 690.00 |
| Jacob E. Tebele | 0.2 | 275.00 | 55.00 |
| **Total** | **2.5** | | **$ 745.00** |

| | | |
|---|---|---|
| **Total Fees** | | 745.00 |
| **Total Current Charges** | $ | 745.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

August 6, 2025
Invoice No. 4480230

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

**Attn:    Mark K. Dunn**

| | |
|---|---|
| Re: | Leavitt, Abraham v. Sky Warrior Bahamas Limited |
| Our File No.: | 056528-000002 |
| Court: | SUPE |
| Court Case No.: | ATLL00277423 |
| Represented Party: | Sky Warrior Bahamas Limited |

| | | |
|---|---|---|
| Current Fees through 07/31/25 | | 352.50 |
| Total Current Charges | USD $ | 352.50 |

**\*\*\* Please return this page with your payment. \*\*\***

**If you have questions regarding payments or open invoices, please contact remittance@lewisbrisbois.com.**

**We value your business and appreciate your attention to this matter.**

**Wire Instructions**

City National Bank
Account Name: Lewis Brisbois Bisgaard & Smith, LLP-Attorney Operating Account
(Receivables)
Account No.: 210903526
ABA Routing No.: 122016066
SWIFT A/C No.: CINAUS6L

All Charges in US Dollars

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

August 6, 2025

Invoice No. 4480230

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

  **Attn:**   **Mark K. Dunn**

| | |
|---|---|
| Re: | Leavitt, Abraham v. Sky Warrior Bahamas Limited |
| Our File No.: | 056528-000002 |
| Court: | SUPE |
| Court Case No.: | ATLL00277423 |
| Represented Party: | Sky Warrior Bahamas Limited |

| | | |
|---|---|---:|
| Current Fees through 07/31/25 | | 352.50 |
| Total Current Charges | USD $ | 352.50 |

If you have questions regarding payments or open invoices, please contact remittance@lewisbrisbois.com.

We value your business and appreciate your attention to this matter.

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

**FEDERAL I.D. NO   95-3720522**

| File Number PTS | 056528-000002 | Sky Warrior Bahamas Limited<br>Leavitt, Abraham v. Sky Warrior Bahamas Limited | 08/06/25<br>4480230<br>Page      1 |
|---|---|---|---|

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 07/02/2025 | Shapiro, P. | | 0.2 |
| 07/07/2025 | Tebele, J. | | 0.1 |
| 07/14/2025 | Tebele, J. | | 0.1 |
| 07/16/2025 | Shapiro, P. | | 0.1 |
| 07/16/2025 | Shapiro, P. | | 0.2 |
| 07/16/2025 | Shapiro, P. | | 0.2 |
| 07/16/2025 | Shapiro, P. | | 0.1 |
| 07/16/2025 | Tebele, J. | | 0.1 |
| 07/21/2025 | Shapiro, P. | | 0.1 |

| Recap of Services | Hours | $ Effective Rate | $ Fees |
|---|---|---|---|
| Peter Shapiro | 0.9 | 300.00 | 270.00 |
| Jacob E. Tebele | 0.3 | 275.00 | 82.50 |
| **Total** | **1.2** | | **$ 352.50** |

| | | |
|---|---|---|
| **Total Fees** | | 352.50 |
| **Total Current Charges** | $ | 352.50 |

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

September 8, 2025
Invoice No. 4509189

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

**Attn:    Mark K. Dunn**

| | |
|---|---|
| Re: | Leavitt, Abraham v. Sky Warrior Bahamas Limited |
| Our File No.: | 056528-000002 |
| Court: | SUPE |
| Court Case No.: | ATLL00277423 |
| Represented Party: | Sky Warrior Bahamas Limited |

| | | |
|---|---|---|
| Current Fees through 08/31/25 | | 145.00 |
| Total Current Charges | USD $ | 145.00 |

**\*\*\* Please return this page with your payment. \*\*\***

**If you have questions regarding payments or open invoices, please contact remittance@lewisbrisbois.com.**

**We value your business and appreciate your attention to this matter.**

**Wire Instructions**

City National Bank
Account Name: Lewis Brisbois Bisgaard & Smith, LLP-Attorney Operating Account
(Receivables)
Account No.: 210903526
ABA Routing No.: 122016066
SWIFT A/C No.: CINAUS6L

All Charges in US Dollars

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

September 8, 2025
Invoice No. 4509189

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

**Attn:    Mark K. Dunn**

Re:                          Leavitt, Abraham v. Sky Warrior Bahamas Limited
Our File No.:              056528-000002
Court:                      SUPE
Court Case No.:           ATLL00277423
Represented Party:        Sky Warrior Bahamas Limited

Current Fees through 08/31/25                                                   145.00
Total Current Charges                                    USD $                 145.00

If you have questions regarding payments or open invoices, please contact remittance@lewisbrisbois.com.

We value your business and appreciate your attention to this matter.

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

| File Number | 056528-000002 | Sky Warrior Bahamas Limited | 09/08/25 |
| | | Leavitt, Abraham v. Sky Warrior Bahamas Limited | 4509189 |
| PTS | | | Page 1 |

| Date | Atty | Description of Services Rendered | Hours |
|------|------|--------------------------------|-------|
| 08/11/2025 | Shapiro, P. | | 0.3 |
| 08/11/2025 | Tebele, J. | | 0.1 |
| 08/13/2025 | Tebele, J. | | 0.1 |

| Recap of Services | | Hours | $ Effective Rate | $ Fees |
|-------------------|--|-------|------------------|--------|
| Peter Shapiro | | 0.3 | 300.00 | 90.00 |
| Jacob E. Tebele | | 0.2 | 275.00 | 55.00 |
| | Total | 0.5 | | $ 145.00 |

| | | |
|--|--|--|
| **Total Fees** | | 145.00 |
| **Total Current Charges** | $ | 145.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

December 4, 2025
Invoice No. 4599268

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

  **Attn:**   **Mark K. Dunn**

| | |
|---|---|
| Re: | Leavitt, Abraham v. Sky Warrior Bahamas Limited |
| Our File No.: | 056528-000002 |
| Court: | SUPE |
| Court Case No.: | ATLL00277423 |
| Represented Party: | Sky Warrior Bahamas Limited |

| | | |
|---|---|---:|
| Current Fees through 11/30/25 | | 1,985.00 |
| Current Disbursements through 11/30/25 | | 106.13 |
| Total Current Charges | USD $ | 2,091.13 |

**\*\*\* Please return this page with your payment. \*\*\***

**If you have questions regarding payments or open invoices, please contact remittance@lewisbrisbois.com.**

**We value your business and appreciate your attention to this matter.**

**Wire Instructions**

City National Bank
Account Name: Lewis Brisbois Bisgaard & Smith, LLP-Attorney Operating Account
(Receivables)
Account No.: 210903526
ABA Routing No.: 122016066
SWIFT A/C No.: CINAUS6L

All Charges in US Dollars

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

December 4, 2025
Invoice No. 4599268

**Sky Warrior Bahamas Limited**
**One Maha Mar Boulevard**
**Nassau,**
**New Providence, The BAHAMAS**

  **Attn:**   **Mark K. Dunn**

  Re:                              Leavitt, Abraham v. Sky Warrior Bahamas Limited
  Our File No.:                    056528-000002
  Court:                           SUPE
  Court Case No.:                  ATLL00277423
  Represented Party:               Sky Warrior Bahamas Limited

|  |  |  |
|---|---|---|
| Current Fees through 11/30/25 |  | 1,985.00 |
| Current Disbursements through 11/30/25 |  | 106.13 |
| Total Current Charges | USD $ | 2,091.13 |

If you have questions regarding payments or open invoices, please contact remittance@lewisbrisbois.com.

We value your business and appreciate your attention to this matter.

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

| File | | | | |
|------|------|------|------|------|
| **Number** | 056528-000002 | **Sky Warrior Bahamas Limited** | | 12/04/25 |
| **PTS** | | **Leavitt, Abraham v. Sky Warrior Bahamas Limited** | | 4599268 |
| | | | | Page    1 |

| Date | Atty | Description of Services Rendered | Hours |
|------|------|----------------------------------|-------|
| 11/12/2025 | Shapiro, P. | | 0.6 |
| 11/12/2025 | Tebele, J. | | 0.2 |
| 11/13/2025 | Shapiro, P. | | 3.9 |
| 11/13/2025 | Shapiro, P. | | 0.3 |
| 11/13/2025 | Shapiro, P. | | 0.2 |
| 11/14/2025 | Shapiro, P. | | 0.2 |
| 11/14/2025 | Tebele, J. | | 0.1 |
| 11/17/2025 | Shapiro, P. | | 0.2 |
| 11/24/2025 | Shapiro, P. | | 0.3 |
| 11/24/2025 | Tebele, J. | | 0.5 |
| 11/24/2025 | Tebele, J. | | 0.2 |



| Recap of Services | Hours | $ | Effective Rate | $ Fees |
|-------------------|-------|---|----------------|--------|
| Peter Shapiro | 5.7 | | 300.00 | 1,710.00 |
| Jacob E. Tebele | 1.0 | | 275.00 | 275.00 |
| **Total** | **6.7** | | | **$ 1,985.00** |

| Date | Description of Disbursement | Units | $ Rate | $ Amount |
|------|----------------------------|-------|--------|----------|
| 11/13/2025 | | 91 | 0.70 | 63.78 |
| 11/13/2025 | | | | 2.75 |
| 11/13/2025 | | | | 39.60 |

| | | |
|---|---|---|
| **Total Fees** | | 1,985.00 |
| **Total Disbursements** | | 106.13 |
| **Total Current Charges** | $ | 2,091.13 |

**DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT**

| | |
|---|---|
| Report ID | 010048512489 |
| Report Name | Leavitt v. Sky Warrior Sanction Hearing |
| Expense Owner | Peter Shapiro |
| | |
| Date | Nov 13, 2025 |
| Amount Spent | 63.78 USD |
| Rate | 0.7000 |
| Distance | 91.12 Miles |
| Amount Deduction | |
| Distance Deduction | |
| Allocation | 056528-000002 Leavitt, Abraham v. Sky Warrior Bahamas Limited |
| Business Purpose | Mitchell H. Cohen United States Courthouse, Camden, NJ, USA |
| From | 7 World Trade Center, Greenwich Street, New York, NY, USA |
| To | |

**- Google Maps image provided on the next page -**

 **Maps**

Mitchell H. Cohen United States Courthouse, Camden, NJ 08102 to 7 World Trade Center, 250 Greenwich St, New York, NY 10007

Drive 94.9 miles, 1 hr 40 min

---

Mitchell H. Cohen United States Courthouse
Camden, NJ 08102

⚠ This route has tolls.

Get on I-676 W from Cooper St and N 7th St

3 min (0.5 mi)

↑  1.  Head east on Cooper St toward N 5th St

0.3 mi

↰  2.  Turn left onto N 7th St

0.2 mi

↰  3.  Turn left onto Linden St

417 ft

⚹  4.  Take the ramp onto I-676 W

184 ft

Follow I-95 N and I-78 E/New Jersey Tpke Newark Bay Ext to 12th St in Jersey City

1 hr 29 min (91.4 mi)

⚹  5.  Merge onto I-676 W
⚠ Toll road
ℹ Entering Pennsylvania

1.8 mi

↱  6.  Take the I-95 exit toward New York/Chester
⚠ Toll road

0.2 mi

⚹  7.  Use the left lane to merge onto Vine St Expy

0.2 mi

8.  Use the left 3 lanes to merge onto I-95 N toward New York

18.4 mi

↱  9.  Use the right 2 lanes to stay on I-95 N toward NJTP/New York
⚠ Toll road
ℹ Entering New Jersey

6.5 mi

↰  10.  Use the left 2 lanes to turn slightly left to stay on I-95 N
⚠ Toll road

2.4 mi



11. Use the left 2 lanes to take the exit toward I-95 N
    ⚠️ Toll road

    0.3 mi

12. Use the left 2 lanes to take the ramp onto I-95 N
    ⚠️ Toll road

    53.3 mi

13. Take exit 14-14A-14B-14C to merge onto I-78 E/New Jersey Tpke Newark Bay Ext toward Holland Tunl
    ⚠️ Toll road

    8.4 mi

**Take I-78 E to W Broadway in Manhattan, New York**

    10 min (3.0 mi)

14. Continue straight onto 12th St

    0.3 mi

15. Continue onto I-78 E/Holland Tunnel
    ℹ️ Continue to follow I-78 E
    ⚠️ Toll road
    ℹ️ Entering New York

    2.1 mi

16. Use the right 2 lanes to take exit 4 toward Downtown

    157 ft

17. Use any lane to turn right onto Varick St

    0.2 mi

18. Use any lane to turn slightly right onto W Broadway
    ⚠️ Partial restricted usage road
    ℹ️ Destination will be on the right

    0.4 mi

7 World Trade Center

11/15/25, 2:43 PM                                     Citibank Account Dashboard

 **Citi®/AAdvantage® Gold World Elite Mastercard® - 1080**

## Transaction Details

| Date | Name | Description | Amount | Running Balance |
|------|------|-------------|--------|-----------------|
| Nov 13, 2025 | PETER T SHAPIRO | PARKING AUTHORITY OF T CAMDEN NJ | $2.75 | $20,325.79 |

**Additional Details**

| Purchased On | Posted On | Purchase Method |
|--------------|-----------|-----------------|
| Nov 13, 2025 01:54 PM ET | Nov 13, 2025 | In-store |

Spend Category
**Vehicle Services - Auto**
**Parking Lots / Garages**

**Parking Authority**

⊙ Camden, 08102, United States

*Charge Leavitt*

## TRANSACTION VIEW

| Lane Txn ID | Tag/Plate # | Agency | Entry Plaza | Exit Plaza | Class | Date | Exit Time | Amount |
|---|---|---|---|---|---|---|---|---|
| 33035152588 | 08600464920 | NJTP | 4 | 18W | 1 | 11/13/2025 | 06:44:22 PM | -$17.24 |
| 33035442670 | 08600464920 | ACE | | AEH | 2 | 11/13/2025 | 01:00:22 PM | -$4.85 |
| 33035467991 | 08600464920 | ACE | | APL | 2 | 11/13/2025 | 12:48:51 PM | -$1.45 |

*Cancel Required*