**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Peter T. Shapiro
One Riverfront Plaza, Suite 800
Newark, NJ 07102
973-577-6260
973-577-6261 (fax)
*Attorneys for Defendants*
Peter.Shapiro@lewisbrisbois.com

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>                    Plaintiff,<br><br>v.<br><br>SKY WARRIOR BAHAMAS LIMITED d/b/a BAHA MAR CASINO, and CHOW TAI FOOK ENTERPRISES LTD.,<br><br>                    Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 1:24-cv-00886-RMB-SAK<br><br>**ORDER GRANTING<br>MOTION FOR SANCTIONS** |

This matter having been heard by the Court in the presence of the attorneys for the respective parties, upon the application of Defendants Sky Warrior Bahamas Limited d/b/a Baha Mar Casino and Chow Tai Fook Enterprises Ltd. for an Order sanctioning Plaintiff and ordering him to pay Defendants' attorneys' fees and costs, pursuant to Fed.R.Civ.P. 11, and for such other and further relief as is just and proper.

IT IS on this _____ day of _____, 2026

**ORDERED** that:

1

Plaintiff is sanctioned and ordered to pay Defendants' fees and costs in the amount of _____.

_____
Hon. Renee Marie Bumb, U.S.D.J.

Dated:  Camden, New Jersey
_____