**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Peter T. Shapiro
One Riverfront Plaza, Suite 800
Newark, NJ 07102
973-577-6260
973-577-6261 (fax)
*Attorneys for Defendants*
Peter.Shapiro@lewisbrisbois.com

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>                    Plaintiff,<br><br>v.<br><br>SKY WARRIOR BAHAMAS LIMITED d/b/a BAHA MAR CASINO, and CHOW TAI FOOK ENTERPRISES LTD.,<br><br>                    Defendants. | **UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY**<br><br>Case No. 1:24-cv-00886-RMB-SAK<br><br>**ORDER GRANTING<br>MOTION TO DISMISS** |

This matter having been heard by the Court in the presence of the attorneys for the respective parties, upon the application of Defendant Chow Tai Fook Enterprises Ltd. for an Order dismissing Plaintiff's Complaint with prejudice pursuant to Fed.R.Civ.P. 12(b)(6), and for such other and further relief as the Court deems just and proper.

IT IS on this _____ day of _____, 2017

**ORDERED** that:

The Complaint is dismissed in its entirety with prejudice as against Defendant Chow Tai Fook Enterprises Ltd. pursuant to Fed.R.Civ.P. 12(b)(6).

5

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon counsel for all parties herein within _____ days of its entry.

_____
Hon. Renee Marie Bumb, U.S.D.J.