# LEBENSFELD, SHARON & SCHWARTZ P.C.

ALAN M. LEBENSFELD*
LAWRENCE J. SHARON**
BRETT R. SCHWARTZ*
DAVID M. ARROYO*

ATTORNEYS AT LAW
141 WEST FRONT STREET, SUITE 170
RED BANK, NEW JERSEY 07701

(732) 530-4600

FAX (732) 530-4601
E-MAIL: Lawrence.Sharon@lsandspc.com

NEW YORK OFFICE
5 PENN PLAZA
23RD FLOOR
NEW YORK, NY 10001
(212) 294-2030

STEPHEN SUSSMAN*
OF COUNSEL

* NEW YORK AND NEW JERSEY BARS
** NEW JERSEY AND PENNSYLVANIA BARS

December 16, 2025

**VIA ECF**
Renee Marie Bumb
Chief United States District Judge
U.S. District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

SO ORDERED this __18th__ day
Of __December__ 20__25__.

/s/ Renee Marie Bumb
**Chief United States District Judge**

RE: *Leavitt v. Sky Warrier Bahamas Limited, et al.*
Case No. 24-cv-00886-RMB-SAK

**Request on Consent for Adjournment of Motion Date Set for January 5, 2026**

Dear Chief Judge Bumb:

As Your Honor is aware, I represent plaintiff Abraham Leavitt in connection with the above-referenced matter. I write to request that the current motion date for Defendants' Rule 11 motion (the "**Motion**") be adjourned from January 5, 2026 to February 2, 2026.

As I advised Defendants' counsel, I have a pre-planned family vacation scheduled from December 20th through January 6th, and thus will not be available to appear on January 5, 2026. In addition, Plaintiff's opposition presently is due this Monday, December 22, 2025, and I will not realistically be able to meet that deadline due to work I must complete in other matters this week. In light of the foregoing, and subject to the Court's approval of the undersigned's adjournment request, counsel for the parties have agreed to the following briefing schedule:

- Plaintiff's opposition will be served and filed no later than January 13, 2026; and
- Defendants' reply papers will be served and filed January 26, 2026.

**REQUEST GRANTED**

No prior adjournment requests have been made in connection with the Motion.

I thank the Court for its time and continued attention to this matter.

Respectfully submitted,

**LEBENSFELD SHARON & SCHWARTZ P.C.**

By: /s/ *David M. Arroyo*
David M. Arroyo

cc: Peter T. Shapiro, Esq. (via ECF)