# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-3499

Abraham Leavitt v. Sky Warrior Bahamas Limited, et al

(U.S. District Court No.: 1:24-cv-00886)

## ORDER

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. LAR 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    April 24, 2026
AMR/cc:   David M. Arroyo, Esq.
Peter T. Shapiro, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate